# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Long Ly,                                              Civil File No.: 10-cv-2946 MJD/SER

      Petitioner,

v.                                                                **ORDER**

Scott Peter Fisher,

      Respondent.

---

      Long Ly, *pro se*, 08384030, FCI/Sandstone, Minnesota, P.O. Box 1000, Sandstone, Minnesota, 55072.

      D. Gerald Wilhelm and Gregory G. Brooker, Esqs., United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for Respondent.

---

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that Ly's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITH PREJUDICE. LET JUDGMENT BE ENTERED.**

Dated:  June 9, 2011

                                                                  <u>s/Michael J. Davis</u>
                                                                  Michael J. Davis
                                                                  Chief Judge
                                                                  United States District Court